DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FAIR

No. 151 PC.

Case below: 29 N.C. App. 147.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 17 June 1976.

STATE v. GRADY

No. 150 PC.

Case below: 29 N.C. App. 421.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 June 1976.

STATE v. GRAHAM

No. 152 PC.

Case below: 29 N.C. App. 234.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 June 1976.

STATE v. JOHNSON

No. 137 PC.

Case below: 29 N.C. App. 141.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 June 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 June 1976.

STATE v. MATTHEWS AND EVANS

No. 158 PC.

Case below: 29 N.C. App. 186.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 June 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 June 1976.